Limor Lehavi (Bar No. 189054)
 llehavi@lslawoffices.com
LEHAVI STARGARDTER, LLP
P.O. Box 5973
Orange, CA 92863
T: (949) 570-9575
F: (949) 570-9580

Attorneys for Defendants, The Morning Star Trucking Company, LLC; Liberty Packing Company, LLC; The Morning Star Company; California Sun Grower Services Company, LLC; And Eduardo Marquez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MORNING STAR TRUCKING COMPANY, LLC, a California Limited Liability Company; LIBERTY PACKING COMPANY, LLC, a California Limited Liability Company; THE MORNING STAR COMPANY, a California corporation; CALIFORNIA SUN GROWER SERVICES COMPANY, LLC, a California Limited Liability Company; EDUARDO MARQUEZ, an individual; L.M., a minor by and through her Guardian ad Litem THOMAS NICHOLS; LETHESIA GUZMAN, an individual and DOES 1-10,<br><br>Defendants. | CASE NO.   2:23-cv-03015-TLN-AC<br><br>**NOTICE OF JOINT MOTION AND MOTION OF PLAINTIFF GREAT AMERICAN INSURANCE COMPANY AND DEFENDANTS THE MORNING STAR TRUCKING COMPANY, LLC, LIBERTY PACKING COMPANY, LLC, THE MORNING STAR COMPANY, CALIFORNIA SUN GROWER SERVICES COMPANY, LLC EDUARDO MARQUEZ, TO STAY**<br><br>DATE:       April 18, 2024<br>TIME:       2:00 p.m.<br>CRTRM.:   2, 15th Floor<br><br>Judge: Hon. Troy L. Nunley |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 18, 2024, at 2:00 p.m., or as soon thereafter as may be heard, in Courtroom 2, located at 501 I Street, 15th Floor, Sacramento, CA 95814, Plaintiff Great American Insurance Company ("GAIC") and Defendants The Morning Star Trucking Company, LLC, Liberty Packing Company, LLC, The Morning Star Company, California Sun Grower Services Company, LLC, and Eduardo Marquez (collectively, the "Morning Star Defendants") jointly will and

1   hereby do move the Court to stay this liability coverage action until the conclusion of the underlying
2   actions.
3         The Morning Star Defendants contend that this insurance coverage action must be stayed for
4   several reasons. First, the issue for trial is whether GAIC owes a duty to indemnify to the Morning Star
5   Defendants for liability and damages, if any, in underlying personal actions. Those underlying actions
6   are pending in Sacramento Superior Court, with trial set to proceed on April 29, 2024.
7         The Morning Star Defendants contend that the duty to indemnify is not ripe until liability in the
8   underlying actions has been determined. Moreover, the Morning Star Defendants contend that the trial in
9   this declaratory relief action will involve factual and evidentiary determinations that are also at issue in a
10  pending underlying action, requiring a stay under California law. *See Montrose Chem. Corp. v. Superior*
11  *Ct.*, 6 Cal.4th 287 (1993). And even when the declaratory relief action does not seek to adjudicate
12  overlapping facts, a stay of a coverage lawsuit is appropriate and within the discretion of the Court,
13  where it would be prejudicial for an insured to fight a "two front war" and litigate both the underlying
14  action and this coverage action at the same time. *See Great Am. Ins. Co. v. Superior Ct.*, 178
15  Cal.App.4th 221, 237 (2009). The Morning Star Defendants contend that this action should be stayed on
16  these grounds as well.
17        Although GAIC disputes the Morning Star Defendants' assertions, GAIC has agreed not to
18  oppose the motion to stay in the interest of conserving the parties' resources as well as promoting
19  judicial economy with respect to this dispute. The complaint in the instant action was filed on December
20  27, 2023, no scheduling order has been implemented, and no discovery has been initiated.
21        This motion is based upon this Notice of Motion and Motion, the concurrently filed
22  Memorandum of Points and Authorities, the Declaration of Limor Lehavi, and any matters of which the
23  Court may take notice and all other papers on file in this action.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

The parties have met and conferred in good faith and jointly request that the Court stay the action until the conclusion of the underlying action.

Dated: March 7, 2024                         CLYDE & CO US LLP

                                By:  */s/ Bradley R. Harding*
                                     Yvonne M. Schulte
                                     Bradley R. Harding
                                     Attorneys for Plaintiff, Great American Insurance Company

Dated: March 7, 2024                         LEHAVI STARGARDTER, LLP

                                By:  */s/Limor Lehavi*
                                     Limor Lehavi
                                     Attorneys for Defendants The Morning Star Trucking Company, LLC; Liberty Packing Company, LLC; The Morning Star Company; California Sun Grower Services Company, LLC; And Eduardo Marquez

## **SIGNATURE ATTESTATION**

I, Limor Lehavi, am the ECF user whose ID and password are being used to file the above documents. I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 7, 2024                         LEHAVI STARGARDTER, LLP

                                             */s/Limor Lehavi*

                                             Limor Lehavi