UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE
COMPANY, an Ohio corporation,

        Plaintiff,

v.

THE MORNING STAR TRUCKING
COMPANY, LLC, et al.,

        Defendants.

CASE NO. 2:23-cv-03015-TLN-AC

**ORDER ON JOINT MOTION TO STAY**

The Court has considered the Joint Motion to Stay submitted by Plaintiff Great American Insurance Company ("GAIC") and Defendants The Morning Star Trucking Company, LLC, Liberty Packing Company, LLC, The Morning Star Company, California Sun Grower Services Company, LLC, and Eduardo Marquez (the "Morning Star Defendants").  (ECF No. 7.)

For the reasons set forth in the parties' joint motion and good cause appearing, the Court GRANTS the joint motion and STAYS the Action pending resolution of the Underlying Action.  The parties are ORDERED to file a Joint Status Report not later than thirty (30) days from the resolution of the Underlying Action notifying the Court as to whether the stay should be lifted and proposing dates and deadlines moving forward.

///

1        IT IS SO ORDERED.

2    DATED: April 2, 2024

3                                                    Troy L. Nunley
                                                     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28