AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br>Plaintiff (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |
| V. | |
| THE MORNING STAR TRUCKING COMPANY, LLC, et al.<br>Defendant (s), | CASE NUMBER: 2:23-cv-03015-TLN- |

Notice is hereby given that, subject to approval by the court, THE MORNING STAR TRUCKING COMPANY, LLC (Party (s) Name) substitutes Jay A. Christofferson (Name of New Attorney), State Bar No. 203878 as counsel of record in place of Limor Lehavi (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Wanger Jones Helsley PC |
| Address: | 265 E. River Park Circle, Suite 310, Fresno, CA 93720 |
| Telephone: | (559) 233-4800      Facsimile (559) 233-9330 |
| E-Mail (Optional): | jchristofferson@wjhattorneys.com |

I consent to the above substitution.

Date: June 6, 2025

James Sherwood, Authorized Representative
/s/ James Sherwood
(Signature of Party (s))

I consent to being substituted.

Date: June 6, 2025

Limor Lehavi
/s/ Limor Lehavi
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: June 6, 2025

/s/ Jay A. Christofferson
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2025

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

4911-0572-5515, v. 1