# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br>Plaintiff (s),<br><br>V.<br><br>THE MORNING STAR TRUCKING COMPANY, LLC, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:23-cv-03015-TLN- |

Notice is hereby given that, subject to approval by the court, __THE MORNING STAR COMPANY__ substitutes
(Party (s) Name)

__Jay A. Christofferson__, State Bar No. __203878__ as counsel of record in place
(Name of New Attorney)

place of __Limor Lehavi__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Wanger Jones Helsley PC
- Address: 265 E. River Park Circle, Suite 310, Fresno, CA 93720
- Telephone: (559) 233-4800      Facsimile (559) 233-9330
- E-Mail (Optional): jchristofferson@wjhattorneys.com

I consent to the above substitution.                      James Sherwood, Authorized Representative

Date: June 6, 2025                                         /s/ James Sherwood
                                                          (Signature of Party (s))

I consent to being substituted.                           Limor Lehavi

Date: June 6, 2025                                         /s/ Limor Lehavi
                                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date: June 6, 2025                                         /s/ Jay A. Christofferson
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2025                                         _[signature]_
                                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**