# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br>　　　　　　　　　　　Plaintiff (s),<br><br>V.<br><br>THE MORNING STAR TRUCKING<br>COMPANY, LLC, et al.<br>　　　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br><br>CASE NUMBER: 2:23-cv-03015-TLN- |

Notice is hereby given that, subject to approval by the court, __CALIFORNIA SUN GROWER SERVICES COMPANY, LLC__ substitutes
(Party (s) Name)

__Jay A. Christofferson__, State Bar No. __203878__ as counsel of record in place
(Name of New Attorney)

place of __Limor Lehavi__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name:       Wanger Jones Helsley PC
- Address:         265 E. River Park Circle, Suite 310, Fresno, CA 93720
- Telephone:       (559) 233-4800          Facsimile  (559) 233-9330
- E-Mail (Optional): jchristofferson@wjhattorneys.com

I consent to the above substitution.                 James Sherwood, Authorized Representative

Date:   June 6, 2025                                 /s/ James Sherwood
                                                     (Signature of Party (s))

I consent to being substituted.                      Limor Lehavi

Date:   June 6, 2025                                 /s/ Limor Lehavi
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   June 6, 2025                                 /s/ Jay A. Christofferson
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   June 6, 2025                                 _[signature]_
                                                     Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**