# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

GREAT AMERICAN INSURANCE COMPANY
                    Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

THE MORNING STAR TRUCKING COMPANY, LLC, et al.
                    Defendant (s),

CASE NUMBER: 2:23-cv-03015-TLN-

Notice is hereby given that, subject to approval by the court, **EDUARDO MARQUEZ** (Party (s) Name) substitutes **Jay A. Christofferson** (Name of New Attorney), State Bar No. **203878**, as counsel of record in place of **Limor Lehavi** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Wanger Jones Helsley PC
    Address: 265 E. River Park Circle, Suite 310, Fresno, CA 93720
    Telephone: (559) 233-4800    Facsimile (559) 233-9330
    E-Mail (Optional): jchristofferson@wjhattorneys.com

I consent to the above substitution.
Date: June 6, 2025

Eduardo Marquez
/s/ Eduardo Marquez
(Signature of Party (s))

I consent to being substituted.
Date: June 6, 2025

Limor Lehavi
/s/ Limor Lehavi
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: June 6, 2025

/s/ Jay A. Christofferson
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2025

*[signature]*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**